**UNITED STATES of America, Plaintiff–Appellee,**

v.

**William A. STOTLAR, Defendant–Appellant.**

**No. 11–11716**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 10, 2011.

Peggy Morris Ronca, Assistant U.S. Attorney, Karen L. Gable, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Peter Warren Kenny, Rosemary T. Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

William A. Stotlar, Lisbon, OH, pro se.

Before BARKETT, HULL and BLACK, Circuit Judges.

PER CURIAM:

Craig Crawford, appointed counsel for William Stotlar in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Stotlar's conviction and sentence are **AFFIRMED.**